01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )
09              Plaintiff,              )
                                        )   Case No. 07-MJ-277-JPD
10       v.                             )
                                        )
11  IRENEO CRUZ-CRUZ, a/k/a             )   DETENTION ORDER
    LOUIS F. VILLALBA,                  )
12                                      )
                Defendant.              )
13  _____ )

14  Offenses charged:

15      (1)    Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine in

16  violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

17      (2)    Conspiracy to Engage in Money Laundering in violation of 18 U.S.C. §

18  1956(h) and 2.

19  Date of Detention Hearing:  June 6, 2007.

20      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21  based upon the factual findings and statement of reasons for detention hereafter set forth,

22  finds:

23      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

24      (1)    A detainer has been placed on defendant by Immigration and Customs

25  Enforcement.

26

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 1

01       (2)     Defendant has stipulated to detention, due to the immigration detainer lodged

02 against him, but reserves the right to contest his continued detention if there is a change in

03 circumstances.

04       (3)     There appear to be no conditions or combination of conditions other than

05 detention that will reasonably assure the defendant's appearance at future Court hearings.

06       IT IS THEREFORE ORDERED:

07       (1)     Defendant shall be detained pending trial and committed to the custody of the

08                 Attorney General for confinement in a correction facility separate, to the

09                 extent practicable, from persons awaiting or serving sentences or being held in

10                 custody pending appeal;

11       (2)     Defendant shall be afforded reasonable opportunity for private consultation

12                 with counsel;

13       (3)     On order of a court of the United States or on request of an attorney for the

14                 government, the person in charge of the corrections facility in which

15                 defendant is confined shall deliver the defendant to a United States Marshal

16                 for the purpose of an appearance in connection with a court proceeding; and

17       (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

18                 counsel for the defendant, to the United States Marshal, and to the United

19                 States Pretrial Services Officer.

20       DATED this 6th day of June, 2007.

21

22                               JAMES P. DONOHUE

23                               United States Magistrate Judge

24

25

26

DETENTION ORDER                                       15.13
18 U.S.C. § 3142(i)                                     Rev. 1/91
PAGE 2